**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | |
| | **CASE No.** |
| **THE SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A** | **MAGISTRATE JUDGE JOLSON** |
| | **FILED UNDER SEAL** |

## MOTION TO SEAL

Now comes the United States, by its undersigned counsel, Assistant United States Attorney Michael J. Hunter, and hereby respectfully requests, pursuant to FED. R. CRIM. P. 41(f)(3) and 18 U.S.C. § 3103a(a)(3), that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled matter, continue to be sealed until January 31, 2023, or until upon a Motion by the United States and additional Order by the Court to unseal. The undersigned counsel represents that there has been a review of each of the case listed in Attachment A, and that each relates to an extensive, on-going and long-term criminal investigation that would be compromised if the existence of these investigations becomes known. The United States is apprehensive that if the documents in Attachment A were unsealed, pertinent evidence may be destroyed, or additional persons associated with the investigation may attempt to flee the jurisdiction of the court, if targets or persons associated become aware of said Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled cause, continue to be sealed until January 31, 2023, or until upon a Motion by the United States and additional Order by the Court to unseal, which will ensure that the above-mentioned investigations can continue without the targets or persons associated with the investigation becoming aware.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Michael J. Hunter

MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715