**ATTACHMENT A**

Mag. Judge Jolson
AUSA Michael J. Hunter


**2:21-mj-00440-KAJ-SW**
**2:21-mj-00456-KAJ-SW**
**2:21-mj-00573-KAJ-SW**
**2:21-mj-00702-KAJ-SW**
**2:21-mj-00707-KAJ-SW**
**2:21-mj-00731-KAJ-SW**
**2:21-mj-00732-KAJ-SW**

**2:22-mj-00010-KAJ-SW**
**2:22-mj-00012-KAJ-TW**
**2:22-mj-00013-KAJ-TW**
**2:22-mj-00039-KAJ-PR**
**2:22-mj-00040-KAJ-PR**
**2:22-mj-00041-KAJ-SW**
**2:22-mj-00244-KAJ-TW**
**2:22-mj-00245-KAJ-TW**
**2:22-mj-00247-KAJ-SW**
**2:22-mj-00292-KAJ-Subpoena**
**2:22-mj-00307-KAJ-SW**
**2:22-MJ-00317-KAJ-SW**
**2:22-mj-00489-KAJ-TW**
**2:22-mj-00492-KAJ-SW**
**2:22-mj-00513-KAJ-SW**