UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| | CASE No. See Attachment A |
| THE SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | MAGISTRATE JUDGE JOLSON |
| | **FILED UNDER SEAL** |

## MOTION TO UNSEAL

Now comes the United States, by its undersigned counsel, Assistant United States Attorney Michael J. Hunter, and hereby respectfully requests, that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled matter, be unsealed as the public disclosure of these documents will no longer jeopardize the investigation and prosecution of the related cases.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled cause, be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Michael J. Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715