**ATTACHMENT A**

**Mag. Judge Jolson**
**AUSA Michael J. Hunter**

2:20-mj-00568-KAJ-SW

2:21-mj-00440-KAJ-SW
2:21-mj-00456-KAJ-SW
2:21-mj-00573-KAJ-SW
2:21-mj-00702-KAJ-SW
2:21-mj-00707-KAJ-SW
2:21-mj-00731-KAJ-SW
2:21-mj-00732-KAJ-SW